Court Of Criminal Appeal          40,283-11
Office of the Court
MAY 18, 2015


TO: Honorable Court of CRIMINAL Appeals Clerk, ABEL ACOSTA
    RE: THERMON JAMES FLANIGAN V. STATE OF TEXAS
        IN THE 174TH DISTRICT COURT, HARRIS COUNT, TEXAS


DEAR MR. ACOSTA,
    Enclosed for filing is RELATOR'S APPLICATION
FOR WRIT OF MANDAMUS. Please give notice upon receipt.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

Respectfully Submitted,
Thermon James Flanigan
Thermon James Flanigan

# COURT OF CRIMINAL APPEALS
## CAUSE NO. 716513

### THERMON JAMES FLANIGAN, REALATOR

### V.

### HARRIS COUNTY DISTRICT CLERK, RESPONDENT

## APPLICATION FOR WRIT OF MANDAMUS

THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS CONTENDS THAT THE HARRIS COUNTY DISTRICT FAILED UNDER CHAPTER 64 CODE CRIM. PROC. (a)(b), TO FILE SAID MOTION, BUT FOR MORE THAN 35 DAYS HAVE ~~ELABS~~ ELAPSED AND THE CHAPTER 64 MOTION HAS NOT BEEN FORWARDED TO THE 174TH DISTICT COURT OF THE HARRIS COUNTY DISTRICT ATTORNEY'S OFFICE FOR RESPONSE.

## ORDER

THE RESPONDENT, HARRIS COUNTY DISTRICT CLERK, IS ORDERED TO FILE WITH THIS COURT WITHIN THIRTY DAYS, A RESPONSE BY SUBMITTING THE RECORD ON SUCH CHAPTER 64 MOTION OR A TIMELY DESIGNATION OF ISSUES TO BE INVESTIGATED, SEE MC GREE V. HAMPTON 824.S.W.2d 578 (TEX.CRIM.APP. 1992) OR BY ~~STATUE~~ STATING THE NATURE OF THE MOTION FOR LEAVE FOR FORENSIC DNA TESTING UNDER CHAPTER 64 CODE CRIM PROC.(a)(b) WITH AFFIDAVIT ATTACHED. THIS APPLICATION FOR WRIT OF MANDAMUS IS HELD IN ABEYANCE PENDING COMPLIANCE WITH THIS ORDER.

Signed this 18 day of MAY .

Respectfully Submitted,

*Thermon James Flanigan*

Thermon James Flanigan